**Entered on Docket**
**February 12, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
mchen@ccfirm.com
Loan No.  xxxxxx4200/ Our File No. 09-09-20297

Attorney for Secured Creditor
JPMorgan Chase Bank, N.A.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JULIO EDUARDO LEON,<br><br>Debtor(s) | CHAPTER 7<br>BANKRUPTCY NO.: 09-53152-GWZ<br>DATE: Feb 09, 2010<br>TIME: 10:00 AM |

### ORDER TERMINATING THE AUTOMATIC STAY
### RE: DEBTOR AND BANKRUPTCY ESTATE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re:

Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured

Creditor, JPMorgan Chase Bank, N.A., its assignees and/or successors in interest, regarding the

property located and generally described as 7963 SW 104 St #212, Miami, FL 33156, ("Property"

herein) and legally described as follows:

SEE ATTACHED SCHEDULE A

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By:   */s/ Michael W. Chen*_____   Date: _____
Michael W. Chen, Esq.
Attorney for Secured Creditor
JPMorgan Chase Bank, N.A.


By:   *Emailed 1/12/2010- No Response Received*  Date: _____
Angelique L. M. Clark
Chapter Trustee

Condominium Unit _212__, Building __A__, VENETIAN PALMS CONDOMINIUM, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 22845, Page 3135-3220, and any amendments thereof, of the Public Records of Miami-Dade County, Florida, together with an undivided interest in the common elements appurtenant thereto, as set forth in said Declaration.

1    <u>ALTERNATIVE METHOD re: RULE 9021:</u>

2         In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3         ____ The court has waived the requirement of approval under LR 9021.

4         _X__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties

5    who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

6

                    Angelique L. M. Clark – failed to respond

7         ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all

8    counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party

9    and whether the party has approved, disapproved, or failed to respond to the document]:

10         ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

11

12    I declare under penalty and perjury that the forgoing is true and correct.

13

                          _____/s/ Tyler Sharpe_____

14                              An employee of The Cooper Castle Law Firm

15

16

17

18

19

20

21

22

23

24

25